IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : : | NO. 95-355 |
| PAUL D. MANN | : : | |

# ORDER

**AND NOW**, this 28th day of October 2021, upon considering the pro se Petition for habeas relief (ECF Doc. No. 29), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** the Petition for habeas relief (ECF Doc. No. 29);

2. We find no need for an evidentiary hearing;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).